# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2430 Disciplinary Docket No. 3 |
| | : | |
| PATRICK O'HARE REGAN | : | Board File No. C4-17-515 |
| | : | |
| | : | (United States Eastern Court for the |
| | : | Eastern District of Pennsylvania, Criminal |
| | : | No. 17- 255) |
| | : | |
| | : | Attorney Registration No. 89591 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of December, 2017, upon consideration of the Joint Petition for Temporary Suspension, Patrick O'Hare Regan is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 214(f)(2) are specifically preserved.